RECEIVED
IN LAKE CHARLES, LA

DEC 2 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICHARD KENT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:06CV2041** |
| **ENCOMPASS INSURANCE COMPANY** | * | **JUDGE MINALDI** |
| | * | **MAG. JUDGE WILSON** |

FILED: _____  _____
                                   DATE

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiff, Richard Kent, and defendant, Encompass Insurance Company, as to all demands principal and incidental, all parties to bear their own costs.

New Orleans, Louisiana, this _27_ day of _Dec_, 2007.

_____
JUDGE

3